UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LP

Jonathan Lee Riches©,
Plaintiff

V.

FALUN GONG a/b/a The Gong Show,
Defendant

CIVIL NO 07-5477

## Complaint

Comes Now the Plaintiff, Jonathan Lee Riches©, in pro-se, Moves under 42 USC 1983 and the Whistle Blowing Act. Plaintiff seeks $45 million. Falun Gong is a Religious Asian gang thats committing credit card Fraud in Philly. They are roaming china town using Citibank visa cards to purchase food exports, as the dollar is devalued to the Yaun. This gang is responsible for the food Budget at FCI Williamsburg. I get served little food, every day I'm hungry. This is civil rights and constitutional violations

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully
Submitted
Jonathan Lee Riches©